## IN THE MATTER OF BLACKHALL STEPHENS

1812

PAPERS IN FILE
[None]

## IN THE MATTER OF BATH WHITE

1812

PAPERS IN FILE

1. Record of proceedings . . . . . . . . . . . . . . .

## IN THE MATTER OF MARY GRANT

1812

PAPERS IN FILE

1. Petition for habeas corpus . . . . . . . . . *Printed in Vol. 2*
2. Allowance of writ . . . . . . . . . . "
3. Writ of habeas corpus . . . . . . . . . "
4. Return . . . . . . . . . . . . "
5. Order; reasons . . . . . . . . . . . "